**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 17, 2010

No. 09-20329

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

MAZEN ABDALLAH; WESAM ABDALLAH,

Defendants – Appellants

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CR-155-4

Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We AFFIRM for essentially the reasons stated by the district court. *See* 5TH CIR. R. 47.6.  To the extent defendants' claims of error come anew to this court and were perforce not addressed below, they are not plain and are rejected. Mazen Abdallah's motion for release pending his direct appeal is DISMISSED as moot.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.